

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-0425-15

**JULIO TORRES PALOMO, Appellant**

**v.**

**THE STATE OF TEXAS**

## ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW FROM THE SIXTH COURT OF APPEALS HUNT COUNTY

**PER CURIAM. KEASLER and HERVEY, JJ., dissent.**

### ORDER

The petition for discretionary review violates Rule of Appellate Procedure 68.4(j), and 9.4(i)(2)(D), because it does not contain a copy of the opinion of the court of appeals, and the petition exceeds the proper length.

The petition is struck. See Rule of Appellate Procedure 68.6.

The petitioner may redraw the petition. The redrawn petition and copies must be filed in the Court of Criminal Appeals within thirty days after the date of this order.

Filed: August 26, 2015
Do Not Publish